UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO DAVID MORALES MEDINA, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>                Plaintiff,<br><br>-against-<br><br>JMT RESTAURANT CORP., d/b/a LOUIE'S PIZZERIA, and JOHN M. TUCCILLO, individually,<br><br>                Defendants. | **Docket No.:**<br>**2:20-cv-5753 (SJF)(SIL)**<br><br>NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT |

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Francisco David Morales Medina hereby accepts Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A, in the amount of Fifty Thousand Dollars and Zero cents (**$50,000.00**), inclusive of attorneys' fees and costs.

Dated: Garden City, New York
        April 8, 2021

                                            Respectfully submitted,

                                            BORRELLI & ASSOCIATES, P.L.L.C.
                                            *Attorneys for Plaintiff*

By: _____
            MICHAEL R. MINKOFF (MM 4787)
            ALEXANDER T. COLEMAN (AC 8151)
            MICHAEL J. BORRELLI (MB 8533)