UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
11:06 am, Apr 09, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

---

FRANCISCO DAVID MORALES MEDINA, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

JMT RESTAURANT CORP., d/b/a LOUIE'S PIZZERIA, and JOHN M. TUCCILLO, individually,

                Defendants.

Docket No.:
2:20-cv-5753 (SJF)(SIL)

**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

---

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Francisco David Morales Medina hereby accepts Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A, in the amount of Fifty Thousand Dollars and Zero cents (**$50,000.00**), inclusive of attorneys' fees and costs.

Dated: Garden City, New York
       April 8, 2021

The Clerk of the Court shall enter judgment in accordance with Fed. R. Civ. P. 68(a) and close this case.

So Ordered.
4/9/21
    /s/Sandra J. Feuerstein

United States District Judge

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff*

By: _____
MICHAEL R. MINKOFF (MM 4787)
ALEXANDER T. COLEMAN (AC 8151)
MICHAEL J. BORRELLI (MB 8533)

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FRANCISCO DAVID MORALES MEDINA, on
behalf of himself, individually, and on behalf of all
others similarly-situated,                                                                 Docket No.: 20-cv-05753

                    **Plaintiff,**

               -against-                                                                              **RULE 68**
                                                                                **OFFER OF JUDGMENT**

JMT RESTAURANT CORP., d/b/a LOUIE'S
PIZZERIA, and JOHN M. TUCCILLO,
Individually,

                    **Defendants.**
-------------------------------------------------------------------X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, offer to allow judgment to be taken against it in this action with respect to all claims contained in the Complaint.

      The terms of the judgment to which Defendants consent are:

A. Judgment for Plaintiff in the amount of fifty-thousand dollars ($50,000.00), inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer.

B. Defendants shall pay the Judgment no later than thirty (30) days after the Judgment is entered by the Clerk of the Court and the above-referenced Action is dismissed. Upon receipt of payment, Plaintiff shall file a Satisfaction of Judgment with the Clerk of the Court.

      This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages.

      Plaintiff has fourteen (14) days from the date on which this offer was served in which to accept in writing. If Plaintiff accepts this offer, the offer will be filed with the court, and the clerk of the court will enter a final judgment in this action that conforms to the terms set out in this offer. If Plaintiff fails to accept the offer within the time allowed, it is deemed withdrawn. If Plaintiff fails

to recover a more favorable judgment than the one specified in this offer of judgment, he may be liable for all the costs of suit incurred by Defendants after the date of this offer.

Dated: April 8, 2021
      Lake Success, NY

/s/ Matthew A. Brown, Esq.
Robert F. Milman, Esq.
Matthew A. Brown, Esq.
MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Defendants
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
(516) 328-8899