UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCISCO DAVID MORALES MEDINA,
on behalf of himself, individually, and on behalf
of all others similarly-situated,

                    Plaintiff,

      - against -

JMT RESTAURANT CORP., d/b/a LOUIE'S
PIZZERIA, and JOHN M. TUCCILLO,
Individually,

                Defendants.
------------------------------------------------------------------X

**JUDGMENT**
CV 20-5753(SJF)(SIL)

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on April 8,

2021, accepting Defendants' April 8, 2021 offer to accept Defendants' Rule 68 offer of judgment

against them in the amount of $50,000.00, inclusive of all damages, interest, costs and

reasonable attorneys' fees incurred by Plaintiff in litigating his claims to date; it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Francisco

David Morales Medina against Defendants JMT Restaurant Corp., d/b/a Louie's Pizzeria, and

John M. Tuccillo in the amount of $50,000.00, inclusive of all damages, interest, costs and

reasonable attorneys' fees incurred by Plaintiff in litigating the claims to the date of the offer;

and that this case is closed.

Dated: April 9, 2021
       Central Islip, New York

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT
By:   /s/ Jessica Grady
                              Deputy Clerk